UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JUAN ROMERO PENA,

    Petitioner,

    v.

TODD BLANCH, *et al.,*

    Respondents.

No. 2:26-cv-01220-SAB

**ORDER GRANTING MOTION FOR RECONSIDERATION; REINSTATING HABEAS PETITION**

Before the Court is Respondent's Motion to Amend Judgment, ECF No. 20. Petitioner is representing himself in this matter. Respondents are represented by Jordan Steveson and Michelle Lambert

Recently, Respondents were notified that the Board of Immigration Appeals ("BIA") accepted Petitioner's appeal of the removal order. As such, Petitioner is no longer subject to a final order of removal, and he is being detained pursuant to 8 U.S.C. § 1225(b). Respondents ask the Court to vacate its Judgment and allow the parties to submit supplemental briefing concerning Petitioner's present detention status. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Respondent's Motion to Amend Judgment, ECF No. 20, is **GRANTED**.

**ORDER GRANTING MOTION FOR RECONSIDERATION; REINSTATING HABEAS PETITION~ 1**

2.    Petitioner's Petition for Writ of Habeas Corpus, ECF No. 8, is **REINSTATED**.

3.    The Court vacates the Judgment, ECF No. 19, entered on May 29, 2026.

4.    Within two (2) weeks from the date of this Order, Petitioner shall file supplemental briefing concerning his present detention status.

5.    Within five (5) days from receiving Petitioner's briefing, Respondents shall file their supplemental briefing concerning Petitioner's present detention status.

6.    Any traverse by Petitioner shall be filed no later than five (5) days after Respondents' briefing has been filed.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to Petitioner and counsel.

**DATED** this 2nd day of June 2026.

_____

Stanley A. Bastian
U.S. District Court

**ORDER GRANTING MOTION FOR RECONSIDERATION; REINSTATING HABEAS PETITION~ 2**