UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN ROMERO PENA,<br><br>        Petitioner,<br><br>        v.<br><br>TODD BLANCH, *et al.,*<br><br>        Respondents. | No. 2:26-cv-01220-SAB<br><br>**ORDER GRANTING MOTION**<br><br>**FOR TEMPORARY**<br><br>**RESTRAINING ORDER** |

Before the Court is Petitioner's Motion for Temporary Restraining Order and Temporary Injunction, ECF No. 22. Petitioner is representing himself in this matter. Respondents are represented by Jordan Steveson, Michelle Lambert, and Peter Hansen Clark.

Petitioner asks the Court to enjoin Respondents from deporting him to Columbia or any other country. In their Motion to Amend Judgment, Respondent indicated that Petitioner is no longer subject to a final order of removal and presumably, this means Petitioner would not be deported at the present time. As such, it appears that Petitioner's Motion for Temporary Restraining Order and Temporary Injunction may be moot. Even so, the Court will grant the motion in order to clarify the record.

//

//

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER  ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.    Petitioner's Motion for Temporary Restraining Order and Temporary Injunction, ECF No. 22, is **GRANTED**.

2.    Because Petitioner is no longer subject to a final order of removal, Respondents are prohibited from deporting Petitioner.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to Petitioner and counsel.

**DATED** this 3rd day of June 2026.

Stanley A. Bastian
U.S. District Court

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER** ~ 2