UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JUAN ROMERO PENA,

Petitioner,

v.

TODD BLANCH, *et al.,*

Respondents.

No. 2:26-cv-01220-SAB

**ORDER CLOSING FILE**

On July 1, 2026, the United States notified the Court that Petitioner was erroneously removed from the United States on that same day, in violation of the Court's temporary restraining order ("TRO"). ECF No. 27.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is directed to administratively **close** this file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 28th day of September 2026.

Stanley A. Bastian
U.S. District Court